IN RE: NAQUIN, CASEY                                    CASE NO. 10-13730

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

105
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
NAQUIN, CASEY CHARLES, SR., NAQUIN, ANN LECOMPTE (10-13730 A)
92008040015766
COMBINED SMALL CHECK

TID # 380220

Date   10/14/2011

$ ***********1.95

~~~One Dollar and 95/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000105⑈  ⑆043302493⑆ 92008040015766⑈

10/18/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000)
DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229218    - KW
* * C O P Y * *
October 18, 2011
15:26:45

UNC.UNDER$25
10-13730
Debtor.: CASEY CHARLES NAQUIN
Trustee: Aaron Caillouet
Amount.:              $1.95 CH
Check#.: 105

Total-> $1.95

FROM: CAIKLLOUET

Printed: 10/14/11 11:11 AM

# Claims Distribution Small Checks

Page: 1

Case: 10-13730 - NAQUIN, CASEY CHARLES, SR.

Trustee: **AARON CAILLOUET (380220)**

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 20080400015766 | 105 | 10/14/11 | | | Payee: | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $1.95 |
| | | | 11 | 03/02/11 | 540 | Chase Bank USA, N.A. | 0.70 | 0.70 | 0.70 | 0.70 |
| | | | 21 | 05/12/11 | 540 | Capital Recovery IV LLC | 1.25 | 1.25 | 1.25 | 1.25 |

(*) Denotes objection to Amount Filed